UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BASHIR RIVERA,<br><br>   Plaintiff,<br><br>  v.<br><br>COMMUNICATION SYSTEMS, INC., ROGER H.D. LACEY, STEVEN C. WEBSTER, RANDALL D. SAMPSON, RICHARD A. PRIMUTH, and MICHAEL ZAPATA,<br><br>   Defendants. | Case No.: 21-cv-10637 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: February 23, 2022

                 **MOORE KUEHN, PLLC**

                 */s/Justin Kuehn*
                 Justin A. Kuehn
                 Fletcher W. Moore
                 30 Wall Street, 8th floor
                 New York, New York 10005
                 Tel: (212) 709-8245
                 jkuehn@moorekuehn.com
                 fmoore@moorekuehn.com

                 *Attorneys for Plaintiff*

SO ORDERED.

*/s/ Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: February 24, 2022
     New York, N.Y.